**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JENNIFER SHOOK,

    Plaintiff,

v.                                                    Case No. 04-CV-71004-DT

SCOTT REINACHER and RUSSELL LARSON,

    Defendants.

                                                       /

**ORDER OF DISMISSAL**

      This federal civil rights action came before the court for a final pretrial conference, at the conclusion of which the parties reached an agreement to end the case by settlement, with no admission of fault or blame, and with each party to bear its own costs and fees. The terms of the settlement are simple, recited by the parties and acknowledged in the presence of the court.

      Defendants stated that it would take approximately four to six weeks to process the necessary paperwork and to completely effectuate the terms of the settlement. Plaintiff acknowledged the need for such time to process the settlement, but noted that a term longer than six weeks may present a situation to which Plaintiff may choose to object. Accordingly,

      IT IS ORDERED that the case is DISMISSED.

      IT IS FURTHER ORDERED that dismissal is without prejudice to the ability of Plaintiff to reinstate the case due to unacceptable delay, provided that Plaintiff must act not later than fifty-six days from the date of this Order in so doing, and then only if

predicated upon the processing to conclusion of the settlement having exceeded the estimated six weeks from today's date.

    IT IS FURTHER ORDERED that any statutes of limitation otherwise applicable to Plaintiff's cause shall be tolled during the said fifty-six days.

    IT IS FURTHER ORDERED that the settlement has been "processed to conclusion" if Plaintiff or her attorney has received a check in the agreed-upon settlement amount.

    IT IS FINALLY ORDERED that after fifty-six days from today's date, absent reinstatement, this dismissal is WITH PREJUDICE.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 7, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 7, 2005, by electronic and/or ordinary mail.

    S/Lisa G. Teets
    Case Manager and Deputy Clerk
    (313) 234-5522